1  SEYFARTH SHAW LLP
   Pamela Q. Devata (*pro hac vice*)
2  pdevata@seyfarth.com
   233 South Wacker Drive, Suite 8000
3  Chicago, Illinois 60606-6448
   Telephone:   (312) 460-5000
4  Facsimile:   (312) 460-7000

5  SEYFARTH SHAW LLP
   Timothy L. Hix (SBN 184372)
6  thix@seyfarth.com
   333 S. Hope Street, Suite 3900
7  Los Angeles, California 90071
   Telephone:   (213) 270-9600
8  Facsimile:   (213) 270-9601

9  SEYFARTH SHAW LLP
   Caitlyn M. Crisp (SBN 294136)
10 ccrisp@seyfarth.com
   2029 Century Park East, Suite 3500
11 Los Angeles, California 90067-3021
   Telephone:   (310) 201-1578
12 Facsimile:   (310) 201-5219

13 Attorneys for Defendant
   A-CHECK AMERICA, INC.

14

15

16                    UNITED STATES DISTRICT COURT

17                    CENTRAL DISTRICT OF CALIFORNIA

18

19 | RUDY GARCIA,                    | Case No. 5:16-cv-2241-PSG-DTB |

20              Plaintiff,           **NOTICE OF SETTLEMENT PURSUAL TO LOCAL RULE 16-15.7**

21         v.

22 A-CHECK AMERICA, INC.,

23              Defendant.

24

25

26

27

28

39884563v.1

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 16-15.7, Plaintiff Rudy Garcia and Defendant A-Check America, Inc. have settled this matter and will file a Joint Dismissal With Prejudice Pursuant To Federal Rule of Civil Procedure 41, no later than August 31, 2017.

DATED: July 21, 2017                   TATAR LAW FIRM, APC


By:   /s/ *Stephanie R. Tatar*
        Stephanie R. Tatar
        Attorneys for Plaintiff
        RUDY GARCIA


DATED: July 21, 2017                   SEYFARTH SHAW LLP


By:   /s/ *Pamela Q. Devata*
        Pamela Q. Devata (*pro hac vice*)
        Timothy L. Hix
        Caitlyn M. Crisp
        Attorneys for Defendant
        A-CHECK AMERICA, INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Pamela Q. Devata, attest that the contents of this document are acceptable to Stephanie R. Tatar, counsel for Plaintiff RUDY GARCIA, and that Ms. Tatar has authorized the filing of this Notice.

Executed this 21st day of July 2017 in Chicago, Illinois.

/s/ *Pamela Q. Devata*

39884563v.1