UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY GARCIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A-CHECK AMERICA, INC.,<br><br>　　　　　Defendant. | Case No. 5:16-cv-02241-PSG-DTB<br><br>**[~~PROPOSED~~] ORDER TO DISMISS CASE IN ITS ENTIRETY WITH PREJUDICE** |

/ / /

/ / /

/ / /

Pursuant to the Parties' Joint Stipulation of Dismissal With Prejudice filed on August 31, 2017, and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE.

Each party shall bear its own fees and costs.

Dated: __9/5/17__, 2017        By: __PHILIP S. GUTIERREZ__
                                    Honorable
                                    United States District Judge